# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS J. PARIS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-3700 |
| | : | |
| MARIROSA LAMAS, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

This 15th day of October, 2020, upon consideration of Thomas J. Paris's *pro se* Amended Complaint (ECF No. 8), it is **ORDERED** that:

1. Paris's Amended Complaint is finally **DISMISSED** in its entirety as follows:

   a. Paris's claims against the Defendants in their official capacities and his federal claims against the Defendants in their individual capacities are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

   b. Paris's state claims against the Defendants in their individual capacities are **DISMISSED WITHOUT PREJUDICE** for lack of federal subject matter jurisdiction.

2. The Clerk of Court shall **CLOSE** this case.

                                                  **BY THE COURT:**

                                                  **/s/ Gerald Austin McHugh**

                                                  **GERALD A. McHUGH, J.**