# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS J. PARIS,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-3700** |
| | : | |
| **MARIROSA LAMAS,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

This 2nd day of November, 2020, upon consideration of Thomas J. Paris's *pro se* Second Amended Complaint (ECF No. 11), which the Court has construed as a joint motion for reconsideration and motion for leave to file an amended complaint, it is **ORDERED** that, so construed, the motion is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

                                    **BY THE COURT:**

                                        **/s/ Gerald Austin McHugh**

                                    **GERALD A. McHUGH, J.**